# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Walrath, Mary F. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, D. DE | 3. Date of Report<br><br>04/25/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address |
|---|
| 824 N. Market Street, 5th Floor<br>Wilmington, DE 19801 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Immediate Past President (10/10/2017-10/30/2018) | National Conference of Bankruptcy Judges |
| 2. | Trustee | Sister's Trust |
| 3. | Editor | The Rutter Group |
| 4. | Co-President | Collin Seitz American Inn of Court |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 8/23/98 | Jacoby, Donner P.C. termination of interest in law firm payment agreement |
| 2. | 1996 | Walrath & Coolidge termination of partnership agreement |
| 3. | 1987 | Clark, Ladner, Fortenbaugh & Young partnership agreement, termination rights |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | salary from Pepper Hamilton LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ED PA Bankruptcy Conference | 1/17-19 | Philadelphia, PA | conference | lodging, travel, meals, registration fee |
| 2. | Emory University Law Journal | 3/29 | Atlanta, GA | Award banquet | lodging, travel, meals |
| 3. | American Bankruptcy Institute | 4/20-22 | Washington, DC | Seminar speaker | lodging, travel, meals, registration fee |
| 4. | Federal Bar Association | 5/3-4 | Wilmington, DE | Seminar speaker | lodging, travel, meals, registration fee |
| 5. | Turnaround Management Association | 6/6-7 | Atlantic City, NJ | conference | lodging, travel, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/25/2019 |

| 6. | National Conference of Bankruptcy Judges | 10/27-31 | San Antonio, TX | Annual Conference | partial reimbursement of lodging, travel, meals |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard IRA (S&P 500 Index Fund) | E | Dividend | P1 | T | | | | | |
| 2. Vanguard S&P 500 Index Fund | A | Dividend | J | T | Buy (add'l) | 04/18/18 | J | | |
| 3. | | | | | Buy (add'l) | 10/17/18 | J | | |
| 4. | | | | | Sold (part) | 11/21/18 | J | | |
| 5. Vanguard Health Care Fund | B | Dividend | J | T | | | | | |
| 6. Vanguard Primecap Fund | B | Dividend | J | T | Sold (part) | 03/20/18 | J | | |
| 7. Vanguard Federal Money Market Funds | A | Interest | K | T | | | | | |
| 8. Baird IRA (Franklin Templeton Growth Fund) | A | Dividend | K | T | | | | | |
| 9. Vanguard PA Long Term Tax-exempt Fund | D | Dividend | N | T | | | | | |
| 10. Vanguard Energy Fund | B | Dividend | K | T | | | | | |
| 11. Vanguard Global Capital Cycles Fund (f/k/a Precious Metals Fund) | A | Dividend | K | T | | | | | |
| 12. Vanguard Health Care Fund | D | Dividend | O | T | | | | | |
| 13. Vanguard S&P Index Fund | C | Dividend | M | T | | | | | |
| 14. Vanguard Primecap Fund | C | Dividend | M | T | | | | | |
| 15. Vanguard Small Cap Index Fund | A | Dividend | J | T | | | | | |
| 16. Vanguard Federal Money Market Fund/IRA | A | Interest | L | T | | | | | |
| 17. Vanguard Growth Fund/IRA | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Primecap/IRA | A | Dividend | J | T | | | | | |
| 19. Delaware Federal Credit Union | A | Dividend | J | T | | | | | |
| 20. USAA Money Market | A | Interest | J | T | | | | | |
| 21. 401(k) Plan Vanguard Primecap Fund | A | Int./Div. | P1 | T | | | | | |
| 22. Vanguard Strategic Equity Fund | B | Dividend | M | T | | | | | |
| 23. Vanguard Growth Index Fund | C | Dividend | M | T | | | | | |
| 24. Vanguard REIT Index Fund | E | Dividend | N | T | | | | | |
| 25. MorganStanley SmithBarney | A | Interest | K | T | | | | | |
| 26. Vanguard Energy Fund | C | Dividend | M | T | | | | | |
| 27. Vanguard S&P 500 Index Fund | D | Dividend | N | T | | | | | |
| 28. Vanguard Prime Money Market Fund | B | Interest | K | T | | | | | |
| 29. Sister's Trust | E | Rent | J | W | | | | | |
| 30. WSFS | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII  line 21. Pursuant to instructions in the letter dated October 30, 2007, from the Committee, I have listed only the identity of my spouse's 401(k),  the gross value in column C, and the amount of market gain/loss experienced by the 401(k).

Part VII line 29.  The rental income for the Trust is from a gas lease not from real estate. The value code reflects the cash held by the Trust from the proceeds of the gas lease; the Trust has no interest in the real estate, which is located in Bradford County, PA.

Part VII line 11. In September 2018, Vanguard changed the name of its Precious Metals Fund to the Global Capital Cycles Fund.

| Name of Person Reporting | Date of Report |
|---|---|
| Walrath, Mary F. | 04/25/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary F. Walrath**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544